FILED
 2009 Jun-30  AM 10:56
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **WILLIAM McCLOUD,** ) | |
| ) | |
| **Plaintiff ,** ) | |
| ) | |
| v. ) | **Case No.  CV 09-S-48-M** |
| ) | |
| **CAROLYN O'BRIAN,** ) | |
| ) | |
| **Defendant.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 21, 2009, recommending that this action be dismissed for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  Although the plaintiff was notified of his right to file specific written objections within fifteen days, he has not responded to the report and recommendation.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED,  and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed

---

[1] By order dated June 11, 2009, the plaintiff was afforded additional time to June 26, 2009, to file objections.

for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DONE this 30th day of June, 2009.

_____
United States District Judge